### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.   CV **12-8860-PA (PLA)**                              Date **December 14, 2012**

Title: **Willie Wilson v. L.D. Jackson, et al.**

--------------------------------------------------------------------------------------------------------------

PRESENT:  THE HONORABLE   __PAUL L. ABRAMS__

☐ **U.S. DISTRICT JUDGE**

☒ **MAGISTRATE JUDGE**

| **Christianna Howard** | **N/A** | **N/A** |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| NONE | NONE |

**PROCEEDINGS:**          **(IN CHAMBERS)**

Pursuant to this Court's Order of October 24, 2012, plaintiff was ordered to pay an initial partial filing fee of $10.00 within thirty (30) days of the date of the order (i.e., by November 23, 2012).  The $10.00 partial filing fee has not been received by the Court.  Accordingly, **no later than January 14, 2013, plaintiff is ordered to show cause** why this case should not be dismissed for failure to pay the required fee.  Receipt of the partial $10.00 filing fee by the Court on or before **January 14, 2013**, shall be deemed compliance with this Order to Show Cause.

cc:     Willie Wilson, Pro se

Initials of Deputy Clerk_____ch_____