IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIE WILSON,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**RABBI LAZAR,**<br><br>　　　　　　　　　　Defendant. | Case No. CV-12-8860 FMO (PLA)<br><br>**ORDER** |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), and pursuant to the stipulation of the parties, this action is dismissed with prejudice.  Each party

/
/
/
/
/
/
/
/
/

1

1  is to bear his or her own costs, fees and expenses of any type, including attorney's
2  fees.  There is no prevailing party in this action.
3      **IT IS SO RECOMMENDED.**
4
5
6  Dated: September 9, 2013           _____
7                                                                 Paul L. Abrams
8                                                                 United States Magistrate Judge
9      **IT IS SO ORDERED.**
10
11
12  Dated: September 9, 2013           _____/s/_____
13                                                                 Fernando M. Olguin
14                                                                 United States District Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28